```
 1  CAROL C. LAM
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-6963

 6  Attorneys for Plaintiff
    United States of America
 7
```



FILED
SEP 1 9 2006
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 06cr1230-H |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| NICHLAS DURAND MANUEL(1), | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, United States of America, by and through it's counsel, Carol C. Lam, United States Attorney, and Bruce C. Smith, Assistant U.S. Attorney, and defendant NICHLAS DURAND MANUEL, by and through his counsel, William W. Brown, that:

1.  Defendant NICHLAS DURAND MANUEL (hereinafter referred to as "MANUEL" or "defendant") agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant MANUEL knowingly, intelligently and voluntarily entered into it. Defendant MANUEL agrees further to plead guilty to Count 2 of the Indictment which charges the defendant and a co-defendant with a non-mandatory minimum count of Bringing in Illegal Aliens Without Presentation and Aiding

06cr1230-H

1  and Abetting, in violation of 8 United States Code,
2  §1324(a)(2)(B)(iii) and Title 18, United States Code, §2.
3      2.  Defendant MANUEL agrees to plead guilty to the charge
4  described above pursuant to the plea agreement on or before September
5  24, 2006.
6      3.  The material witness, Israel Benitez-Vega, in this case:
7          a.  Is a citizen of Mexico and an alien with no lawful
8              right to enter or remain in the United States;
9          b.  Entered or attempted to enter the United States
10             illegally on May 30, 2006 as a concealed passenger
11             aboard a 1990 Nissan pick-up truck driven by defendant
12             MANUEL and in which defendant MALLORY ELIZABETH STONE
13             was the only other visible passenger;
14         c.  Defendants MANUEL as driver and STONE as the only
15             visible passenger, collaborated to and did pilot the
16             Nissan truck into the United States from Mexico via
17             the San Ysidro, California Port of Entry. Israel
18             Benitez-Vega was hidden in a compartment beneath and
19             behind the seat upon which the defendants were
20             sitting. Upon arrival at the port of entry, both
21             defendants failed to immediately present the illegal
22             alien to uniformed immigration officers on duty. On
23             the contrary, the defendants tried to conceal the
24             alien from the inspectors' view. All the while both
25             defendants knew or acted in reckless disregard of the
26             fact that Israel Benitez-Vega was an aliens with no
27             lawful right to enter or reside in the United States;
28

    d.    Israel Benitez-Vega, his family members or friends were to pay $2,500 in United States dollars to persons for whom the defendants were working for the material witnesses to be brought into the United States illegally and/or transported illegally to their destination therein; and

    e.    Israel Benitez-Vega may be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

4.    After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendants NICHLAS DURAND MANUEL and/or MALLORY ELIZABETH STONE does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his or her guilty plea to that charge, defendants and both of them agrees that in any proceeding, including, but not limited to, motions hearings, trial, sentencing, appeal or collateral attack, that:

    a.    The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and

    c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the

```
 1                    witness(es) who made the "testimonial" hearsay
 2                    statements, defendant waives the right to confront and
 3                    cross-examine the material witness(es) in this case.
 4        5.   By signing this stipulation and joint motion, defendant
 5   NICHLAS DURAND MANUEL certifies that he has read it (or that it has
 6   been read to him in his native language). Defendant MANUEL certifies
 7   further that he has discussed the terms of this stipulation and joint
 8   motion with defense counsel and fully understands its meaning and
 9   effect.
10   //
11   //
12   //
13   //
14   //
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //
```

1  Based on the foregoing, the parties jointly move the stipulation
2  into evidence and for the immediate release and remand of the above-
3  named material witness, Israel Benitez-Vega, to the Department of
4  Homeland Security for return to his country of origin.
5  It is STIPULATED AND AGREED this date.

6
7  Date: 09/19/06
   _____
   BRUCE C. SMITH
8  Assistant U.S. Attorney

9  Date: 9/18/06
   _____
10 WILLIAM W. BROWN
   Attorney at Law
11 Counsel for Nichlas Durand Manuel

12 Date: 9/18/06
   _____
13 NICHLAS DURAND MANUEL
   Defendant
14

15                          **ORDER**

16 Upon joint application and motion of the parties, and for good
17 cause shown,
18 **THE STIPULATION** is admitted into evidence, and
19 **IT IS ORDERED** that the above named material witness be released
20 and remanded forthwith to the Department of Homeland Security for
21 return to their country of origin.
22 **SO ORDERED**
23
24 DATED: 9/19/06    _____
                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff ) <br> )<br>vs. )<br> )<br>*Nicholas Durand Manuel, et al;* )<br>        Defendant(s) ) | CRIMINAL NO. **06CR1230-H**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

*Israel Benitez-Vega*

DATED: 9/19/06

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by *Madueno* (Y. Madueno)
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082